UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LONNIE LEE BANARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 2:15-cv-0546-RFB-CWH<br><br><br><br>**ORDER** |

　　The parties in this matter attended an Inmate Early Mediation Conference (ECF No. 28) on June 10, 2106.  Normally, an Inmate Early Mediation Conference is confidential and transcripts of hearings in such matters are sealed.  However, under Local Rule 16-5, in the event of a dispute over the enforcement of a settlement agreement, the court may order the disclosure of confidential information from the hearing.  Here, there is a dispute as to whether the parties reached an agreement at the mediation conference.  The court will therefore unseal the transcript of the portions of that hearing in which the parties discuss their consent to the proposed agreement.

　　IT IS THEREFORE ORDERED that the Clerk must docket and unseal the transcript of the excerpt from the Inmate Early Mediation Conference (ECF No. 28) held on June 10, 2016.

　　DATED: September 12, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　C.W. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge