|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| LONNIE LEE BANARK, | ) | Case No. 2:15-cv-00546-RFB-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| ADAMS, et al., | ) | **REPORT & RECOMMENDATION** |
| Defendants. | ) | |

On June 10, 2016, the parties in this case reached a settlement during their Early Mediation Conference (ECF No. 28). Subsequently, Plaintiff moved to deny the settlement (ECF No. 31) on June 23, 2016, and the Defendants moved to enforce the settlement (ECF No. 38) on August 12, 2016. Upon review of the parties' briefs, the court found that the parties reached a binding settlement (ECF No. 45), denied Plaintiff's motion, and granted Defendants' motion.

Several motions remain outstanding in this case. However, in light of the parties' settlement, all issues raised by these motions are moot.

//
//
//
//
//
//
//
//
//
//
//
//

## RECOMMENDATION

IT IS THEREFORE RECOMMENDED that all pending motions in this case be DENIED as moot, and that this case be closed.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 27, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge