UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LONNIE LEE BANARK,<br><br>        Plaintiff,<br>v.<br><br>ADAMS, et al.,<br><br>        Defendant. | Case No. 2:15-cv-00546-RFB-CWH<br><br>**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN** |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman (ECF No. 49) ("R&R" or "Recommendation") which recommended denying all pending motions as moot in light of finding that the parties had reached a binding settlement. (ECF No. 45, 49). The parties had until October 14, 2016 to object to the R&R. Although no objections have been filed, Plaintiff did file a notice of appeal (ECF No. 51).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See*

*United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Hoffman's R&R. The Magistrate Judge recommended denying all pending motions as moot because this Court had found that the parties had engaged in a binding settlement agreement. (ECF No. 49 at 1). Upon reviewing the R&R and underlying briefs, this Court finds good cause to adopt the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Report and Recommendation of Magistrate Judge Carl W. Hoffman (ECF No. 49) is accepted and adopted in its entirety.

**IT IS FURTHER ORDERED** that all of Plaintiff's outstanding motions (ECF No. 19, 23, 46, 50) are denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case in light of the parties' settlement (ECF No. 45) and enter judgment accordingly.

**DATED** this 18th day of November 2016.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**