```
                                              FILED
     UNITED STATES COURT OF APPEALS
                                              MAR 30 2017
            FOR THE NINTH CIRCUIT
                                           MOLLY C. DWYER, CLERK
                                            U.S. COURT OF APPEALS
```

| | |
|---|---|
| LONNIE LEE BANARK, | No. 16-16793 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-00546-RFB-CWH |
| v. | District of Nevada, Las Vegas |
| ADAMS, Assistant Warden of Operations; et al., | ORDER |
| Defendants-Appellees. | |

Before: THOMAS, Chief Judge, LEAVY and SILVERMAN, Circuit Judges.

The motion for a certificate of appealability (Docket Entry No. 8) includes a motion for reconsideration of the December 13, 2016 order. The motion for reconsideration is denied. *See* 9th Cir. R. 27-10. The mandate issued in this case on January 4, 2017.

Appellant's motion for a certificate of appealability, dated December 21, 2016, and received by this court on December 27, 2016, evidences an intent to appeal the district court's judgment entered on November 21, 2016. *See Estrada v. Scribner*, 512 F.3d 1227, 1236 (9th Cir. 2008) (pro se prisoner's motion for appellate counsel satisfied requirements for notice of appeal where motion identified party seeking to appeal, and referenced judgment and district court's issuance of certificate of appealability). The Clerk shall transmit the motion

DA/Pro Se

(Docket Entry No. 8) to the district court for filing as a notice of appeal.  *See* Fed. R. App. P. 4(d)

No further filings will be entertained in this closed case.

LONNIE BANARK #75288
P.O. BOX #208
INDIAN SPRINGS, NEVADA 89702

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LONNIE LEE BANARK ) CASE #16-16793
APPELLANT,

Vs.                D.C. #2:15-CV-00546-RFB-CWH
                   U.S. DISTRICT COURT FOR NEVADA,
ADAMS et al       LAS VEGAS
RESPONDANTS,

Lonnie Lee Banark 12-21-2016

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 27 2016
FILED
DOCKETED
DATE    INITIAL

MOTION TO THE COURT, ISSUE A CERTIFICATE OF
APPEALABILITY - IF NEEDED

MY DISTRICT COURT DECISION REGARDING
CASE WRITTEN ABOUT WAS "CLOSED" 11-21-2016.
WHILE THE COURT OF APPEALS HAD JURISIDICTION.

THE PUSH FROM THE U.S. DISTRICT COURT
JUDGE, LAS VEGAS WAS A EXAMPLE OF THE
JUDGE AND MAGISTRATE BEING A BULLY.

I'M ASKING THE APPEALS COURT TO RECONSIDER
THE DISMISSAL OF MY APPEAL, AND TAKE NOTICE
OF NEW MAILING ADDRESS.

PAGE 1 of 1